UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL J. HALLORAN,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------X

18 CIVIL 1559 (KMK)
13 CR. 297 (KMK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 6, 2020, the petition is dismissed and Petitioner's Discovery Motion is denied; as petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not be issued, and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this judgment on the merits would not be taken in good faith; judgment is entered in favor of Respondent, and this case is closed.

**DATED:** New York, New York
           February 7, 2020

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/7/2020